IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 22 2024

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| THOLONAUS DARRELL POMIER | * | |
| Plaintiff. | * | |
| v. | * | |
| DOW CHEMICAL COMPANY, | * | Civil Action No.: 3:24-cv-00010 |
| BRANDSAFWAY LLC, ALL AMERICAN SCREEN, LLC | * | |
| MARCELO INVESTMENTS, INC (DISA) AND | * | |
| UNIVERSITY MRO, LLC | * | |
| Defendants. | * | |
| | • | <u>JURY TRIAL DEMANDED</u> |

Plaintiff's First Amended Petition

Plaintiff Tholonaus Darrell Pomier ("Plaintiff"), file this Original Petition against Defendants Dow Chemical Company, Brandsafway LLC, All American Screen, LLC, Marcelo Investments, Inc. (Disa) and University MRO, LLC (Defendants") and, in support of their causes of action, respectfully show this Honorable Court the following:

1.

BACKGROUND

Plaintiff Tholonaus Darrell Pomier was employed by Defendant Brandsafway LLC. Defendant Brandsafway LLC worked as a subcontractor at Defendant Dow Chemical Company"s Texas City, Texas refinery. On September the 16$^h$ and 17th 2021, Plaintiff Tholonaus Darrell Pomier was not allowed to fulfill his work duties because a representative for Defendant Dow Chemical Company would not allow him to. Plaintiff Tholonaus Darrell Pomier lost pay for two workdays thereby causing him harm. Plaintiff Tholonaus Darrell Pomier sent a letter to Ms. Roselle Bleile, Site Manager for Defendant Dow Chemical Company Texas City, on September 24, 2021. (Exhibit A).

On October 12, 2021, Plaintiff Tholonaus Darrell Pomier was fired by Defendant Brandsafway LLC for violating their "Code of Conduct" policy. The same day Plaintiff Tholonaus Darrell Pomier filed a

Whistleblower complaint and sent "Notice of Suit" to the Defendant Brandsafway LLC. After getting rehired, Brandsafway LLC sent plaintiff Tholonaus Darrell Pomier to Defendant All American Screen, LLC in Freeport, Texas on November 02, 2021 for a Pre-Employment drug test. The technician conducted an Alcohol Breathalyzer Test, a Split Urine Sample, and a Hair – Base Sample. On November 09, 2021, Defendant Brandsafway LLC, called Plaintiff Tholonaus Darrell Pomier, to inform him that his Pre-Employment drug test came back positive for cocaine. Plaintiff Tholonaus Darrell Pomier was never contacted by Defendant University MRO, LLC. (Exhibit B,C,D & E).

Plaintiff Tholonaus Darrell Pomier, contacted Defendant Marcelo Investments, INC, (DISA), requesting that the Hair – Base sample be reanalyzed. Plaintiff Tholonaus Darrell Pomier was told that Defendant "DISA" did not have enough of the Hair – Base sample to analyze. On November 15, 2021, Plaintiff Tholonaus Darrell Pomier drove to Defendant All American Screen, LLC in Freeport, Texas to have another Hair – Base sample recollected. Plaintiff Tholonaus Darrell Pomier was told that there was insufficient hair on his chest area to collect. On November 18, 2021, Plaintiff went to Defendant "DISA" in Texas City, Texas and paid for another Hair – Base sample. The sample was collected from under the Plaintiff's arm. On December 06, 2021, Plaintiff's Hair – Base sample came back negative for any drugs. (Exhibit F,G,H & I).

2.

Discovery Control Plan

This case is intended to be governed by Discovery Level 3.

3.

Parties

Plaintiff is an individual, residing in Texas.

**Defendant Dow Chemical Company** is a corporation doing business in the State of Texas. Defendant may be served through its registered agent: CT Corp System at 1999 Bryan St. Ste. 900 Dallas, Texas 75201.

**Defendant Brandsafway LLC** is a corporation doing business in the State of Texas. Defendant may be served through its registered agent: CT Corporation at 1999 Bryan St. Ste. Dallas, Texas 75201.

**Defendant All American Screen, L.L.C.** is a corporation doing business in the State of Texas. Defendant may be served through its registered agent: John M Jetelina at 235 Danube Pass Boeme,

Texas 78006.

Defendant Marcelo Investments, INC ("DISA") is a corporation doing business in the State of Texas. Defendant may be served through its registered agent: Herman Sladivar at14701 Atlanta Drive Laredo, Texas 78045.

Defendant University MRO, LLC is a corporation doing business in the State of Texas. Defendant may be served through its registered agent at 12600 Northborough Dr. Suite 300 Houston, Texas.

4.

## Jurisdiction and Venue

This Court has subject matter jurisdiction over this cause of action because it involves an amount in excess of the minimum jurisdictional limits of this Court as Plaintiffs seek monetary relief over $1,000,000.00. See Tex. R. CIV. P. 47.

Venue is proper in Brazoria County, Texas pursuant to Section 15.002(a) (1) of the Texas Civil Practice and Remedies Code because Brazoria County is the county in which all or substantially all the events or omissions giving rise to the claim occurred.

5.

## Causes of Action

A. <u>Breach of contract</u>

Plaintiff incorporate the above paragraphs as if set forth in full below.

Defendants owed a duty of reasonable care to Plaintiff Tholonaus Darrell Pomier to act as a reasonably prudent person would act under circumstances described herein. On the occasion in question. Defendants, by and through their officers, employers, agents, subcontractors and representatives, committed acts of omission and commission, breached their duty of care owed to Plaintiff, which collectively and severally constituted a breach of contract, intentional interference with contractual relations, and a deliberate breach of their contract of service.

Defendants' imprudence acts included, but were not limited to:

a) Failure to perform the contract.
b) Causing damages to the plaintiff.
c) Failure to use reasonable care in collecting and processing biological samples.
d) Failure to prevent injury to Plaintiff.
e) Willful and intentional interference with a contract.
f) Failure to follow the Mandatory Guidelines for Federal Workplace Drug Testing Programs using Hair (HMG).

Each of these acts and omissions, singularly or in combination with others, constitute a breach of contract which was the proximate of this incident and Plaintiff's injuries.

6.

Mandatory Guidelines for Federal Workplace Drug Testing Programs

The Department of Health and Human Services, pursuant to the Department's authority under Section 503 of Public Law 100-71, 5 U.S.C. Section 7301, and Executive Order No. 12564, establishes the scientific and technical guidelines for federal workplace drug testing programs and establishes standards for certification of laboratories engaged in drug testing for federal agencies. On December 4, 2015, the President signed the Fixing America's Surface Transportation (FAST) Act, which required HHS to "issue scientific and technical guidance for hair testing as a method of detecting the use of a controlled substance for purposes of section 31306 of 114-94, section 5402(b). Unlike urine and oral fluid, hair is a solid, heterogenous that is exposed to the environment. Drugs and drug metabolites may be incorporated into hair by several pathways. As drugs and their metabolites travel through the body in blood, they diffuse from the bloodstream into the base of the hair follicle. The amount of drug in the hair is related to the drug concentration in the blood when the hair was formed and depends on the chemical structure of the drug or metabolite. Any agency choosing to use hair is <u>required</u> to follow the HMG.

Plaintiff incorporate the above paragraphs as set forth in full below. Plaintiff's more definite statement is this: Plaintiff is suing defendant, Dow Chemical Company for Breach of contract. Plaintiff had a contract with Dow Chemical Company to work 40 hours a week at its Texas City refinery. The week between September 12th through 18th 2001, the plaintiff was only allowed to work 20 hours. The Plaintiff

had seven days to work 40 hours with an hourly pay of $20.50 an hour. Because the Plaintiff could not work his other 20 hours, the Plaintiff lost $410.00 in payment thereby causing him harm in violation of his rights under Article 4 Section 2 Clause 1, 5th Amendment & 14th Amendment of the United States Constitution, Article 1 Section 3a & 19 of the Texas Constitution. Plaintiff is claiming Authority of his rights under Article 6 Section 2 of the United States Constitution & Article 1 Section 1 of the Texas Constitution. Any other law or statue is inferior law so the Plaintiff is not bound by them. Dow Chemical Company is entitled to "notice" and the Plaintiff has satisfied that!

Plaintiff is suing defendant Brandsafway for Breach of Contract. Plaintiff was hired by Brandsafway to work at Dow's Texas City refinery for 40 hours a week at a payment of $20.50 an hour. Brandsafwas fired the Plaintiff in violation of his civil rights under the United States Constitution and the Texas Constitution thereby causing him harm and loss financially. The courts have recognized only one limited exception to this common-law rule- termination solely because of the employee's refusal to perform an illegal act involving criminal penalties. The legislature has placed additions on the doctrine in certain situations. ( see, Winters v. Houston Chronicle Publishing Co. 795 S. W. 2d 723 (Tex. 1990). Brandsafway is entitled to "notice" and the Plaintiff has satisfied That!

Plaintiff is suing All American Screen, Marcelo Investments (Disa) & University MRO for Breach of Contract. All American Screen, Marcelo Investments (Disa) & University MRO entered in to a contract with the Plaintiff by taking possession of his bodily material. By not following the Mandatory Guidelines for Federal Workplace Drug Testing Programs, All American Screen, Marcelo Investments (Disa) & University MRO breach a "duty of trust" thereby violating the Plaintiff's civil rights under The United States Constitution & The Texas Constitution causing him harm and loss financially. I lost a job at payment of $20.50 an hour. All American Screen, Marcelo Investments (Disa) & University MRO are entitled to "noticed" and the Plaintiff has satisfied That!

This amended complaint is timely filed because the Defendants did not follow the Special Requirements for Motions to Dismiss under Rule12(b) and 21 days has not passed since Plaintiff received the motions. The policy of not allowing a non-attorney to create an e-file account is unconstitutional as it pertains to the Plaintiff because it violates the Plaintiff's rights under Article 4, Section 2, Clause #1 and the 14th, Section 1 of the United States Constitution. The Plaintiff had to lose time at work causing him a loss of $27.00 dollars. (Exhibit J).

Plaintiff will further show that the acts and/or omissions of each Defendant, when viewed objectively from Defendant's standpoint, involve an extreme degree of risk considering the probability and magnitude of the potential harm to him.

Defendants knew or should have known of the risk or risks associated, and each Defendant's actions and omissions constitute a breach of contract as the term is understood by law. Therefore, Plaintiff prays that damages be awarded against Defendants. Plaintiff would show that nothing Plaintiff did, or failed to do, in any way contributed to this incident. The negative urine test the Plaintiff received had greater validity and accuracy than the positive hair sample test he received. The use of hair for workplace drug testing remains controversial. The conflicting test results are sufficient to create a genuine issue of material fact as to whether or not the Defendants breached their contract. A common law duty to perform with care and skill accompanies every contract, and failure to meet this implied standard will provide a basis for recovery.

7.

## Respondeat Superior/Agency

Plaintiff incorporate the above paragraphs as set forth in full below.

At all times, Defendants' employees or subcontractors were agents and/or servants on behalf of Defendants. These Defendants exercised control over their employees and subcontractors, and at all relevant times, Defendants' employees and/or subcontractors were operating within the scope of their employment for them. As such, these Defendants are subcontractors that contributed to the damages sought in this suit.

8.

Damages

As a direct and proximate result of the forgoing events, Plaintiff suffered damages in the past and, in reasonable probability, will continue to suffer damages in the future, including mental anguish, and loss of earning capacity, all for which Plaintiff seek recovery herein. Plaintiff also seek punitive damages, court costs, as well pre-judgment and post-judgment interest at the appropriate rate allowed by law.

9.

Jury Trial Demand

Plaintiff respectfully demand a jury trial and tender the appropriate fee with this Petition.

10.

Conditions Precedent

All conditions precedent to Plaintiffs' right to recover have been fully performed, or have been waived by Defendants.

11.

Prayer

For these reasons, Plaintiff pray for judgement against Defendants in the amount of one million two hundred thousand dollars (1,250,000) for actual damages for pecuniary losses, mental anguish, economic damages, and pre-judgment and post-judgment interest as allowed by law; all costs of Court; and all such other and further relief, at law and in equity, to which they may be justly entitled. Plaintiffs also prays that his status at (DISA) be changed from "inactive" to "active".

Respectfully submitted,

*[signature]*

Tholonaus Darrell Pomier

Pro se Attorney

P O Box 1191

Galveston, Texas 77553

proseattorney@yahoo.com

(409) 457-7085

Mr. Tholonaus Darrell Pomier

P O Box 1191

Galveston Texas 77553

September 24, 2021

## NOTICE OF SUIT

Ms. Roselle Bleile,

    On September the 17th and 18th I was not allowed to fulfill my work duties. Because a representative of Dow Chemical Industries would not let me work, I lost pay for two workdays thereby causing me harm.

    If I am not compensated for my lost by October 1, 2021. I will be filing a lawsuit against Dow Chemical Industries. Please consider this your notice.

Sincerely:


Mr. Tholonaus Darrell Pomier

Pro se Attorney

(409) 457-7085

proseattorney@yahoo.com

Mr. Tholonaus Darrell Pomier

P O Box 1191

Galveston Texas 77553

October 12, 2021

**Pomier v. State, 326 S.W. 3rd 373 (Texas App. Houston [14th dist.] 2010.**

**Pomier v. Leonard, 532 F. App'x 553, 5th Circuit 2013.**

**Pomier v. Thaler, Dist. Court, SD Texas 2014.**

**NOTICE OF SUIT:**

To whom it may concern:

This is to serve notice to Brand Energy & Infrastructure Services that I plan to file an emergency relief application for restraining order with the United States District Court for the Southern District of Texas, Galveston Division, pursuant to Federal Rules of Civil Procedure, Rule 65.

Today I was fired in violation of The Occupational Safety and Health Act of 1970, OSH Act, specifically Section 11 (c) of the Act. A Whistleblower Complaint, reference number ECN77886, has been filed.

Brand Energy & Infrastructure Services has violated my rights under Article 6, Section 2 of The United States Constitution, The 1st Amendment of the United States Constitution, The 14th Amendment of the United States Constitution, Article 1, Section 1 of the Texas Constitution, Article 1, Section 3 of the Texas Constitution, and Article 1, Section 19 of the Texas Constitution.

My civil rights have been violated and I plan to ask the Judge to "make me whole" plus give me my job back! This is a "Breach of Contract".

Sincerely:

Tholonaus Darrell Pomier

Pro-se Attorney

proseattorney@yahoo.com

(409) 457-7085



Leslie Mayo, SHRM-CP
Manager, Human Resources

3674 Hwy 51
LaPlace, LA. 70068

T 985 401 0404
C 225 290 7274

October 29, 2021

Tholonaus Pomier
4214 Avenue U #21
Galveston, TX 77550

Dear Mr. Pomier:

We received your Complaint regarding alleged OSHA violations. In the meantime, we would like you to return to work for BrandSafway. Please report to the BrandSafway Hiring Center located at 302 Johnson Cook Rd | Clute, TX 77531 on Monday November 1, 2021. We will be assigning you to a different project. We will pay you for all days absent from work, between October 12, 2021 thru Monday November 1, 2021. Thank you for your service to BrandSafway. Should you have any questions please contact me at 225-290-7274.

Best Regards,

Leslie Mayo, SHRM-CP PHR
Director-Human Resources.

# UNIVERSITY SERVICES MRO
## Toxicology Services Group

### * Medical Review Officer Final Report *

TO: Brand Energy Solutions - Angleton
BENITA RICH
5730 FM 646 EAST

DICKINSON, TX 77539

Date Reported: 11/09/2021

FOR: Brand Energy Solutions - Angleton
BENITA RICH
5730 FM 646 EAST

DICKINSON, TX 77539

Date MRO Verified: 11/09/2021 10:48 AM

Name of Individual Tested: POMIER, THOLONAUS
Identification Number: [redacted]
Collection Date: 11/02/2021 11:17 AM
Reason for Test: PRE-EMPLOYMENT

Specimen Type: HAIR
Collection Location: ALL AMERICAN
1002 ABC AVE STE 400
FREEPORT, TX 77541

Company Identifier: 2490
Specimen Number: CC07026617
Date Ply2 Received: 11/ 5/21
Date Ply2 Entered: 11/5/21  9:12:52AM
Lab Acct #: BRINSO
Lab Accession #: 216315317
Date MRO Interviewed: 11/09/2021 10:47 AM

Laboratory Performing Analysis: PSYCHEMEDICS
Status of Drug Test: POSITIVE
COCAINE METABOLITES - Positive

*Paul Ly, MD* (signature)

PAUL CHENG, MD

Drug Panel:
Drugs Tested: COCAINE METABOLITES, OPI-COD/MOR, PHENCYCLIDINE (PCP), AMPHETAMINES, MARIJUANA (THC METABOLITE)

(Exhibit G)



 **Forensic Drug Testing**
**Authorization Form**

Authorization #: 60735837



10900 Corporate Centre Dr. Ste. 250, Houston, TX 77041 | Phone - 281 673 2400 | Fax - 713 972 3428 | E-Mail: clientservice@disa.com | Web: http://www.disa.com

**Employer Information:**

DISA Testing Account - Account Setup Dep
10900 Corporate Centre Dr. Ste. 250
Houston TX 77041
281-673-2420

**Medical Review Officer / Managed Service Provider**

University Services
Terri Hellings, MD
2800 Black Lake Place
Philadelphia PA 19154
800-624-3784

## Test Information

| Donor Information | | Test Details | |
|---|---|---|---|
| Name: | Tholonaus Pomier | Reason For Test: | Other |
| Employee ID: | xxxxx1155 | | |
| Daytime Phone: | 409-457-7085 | Notes To Collector: | SOURCE: CHEST *This is a Recollection, if there is insufficient hair in the CHEST area, please do not proceed and have donor call DISA at 281-673-2390. Collector email |
| Evening Phone: | | | |

### Service(s) to be Performed

| Service: | Laboratory: | Laboratory Test: | Account: |
|---|---|---|---|
| Hair Collection | Psychemedics, Inc. | Hair Five Panel Exp Opi | DISREC |

### Collection Site Information

All American Screening & Medical (Freeport) - MP

1002 ABC Avenue, Suite 400
Freeport TX 77541

Phone#: 979-239-3000  Fax#: 979-239-3003

Please bring your government issued photo-Id for identification at the collection facility.

**Hours of Operation:**
Mon-Fri: 7:00am-5:00pm

*not enough hair to recollect*

You must bring the authorization number on this form to the collection facility !

Customer Copy

Page 1 of 2

(Exhibit H)

## Disa Global Solutions, Inc.
## 10900 Corporate Centre Dr, Suite #250
## Houston, TX 77041
## 281-673-2400

Term ID: 002

### Sale - Approved

| | | |
|---|---|---|
| Date | 11/18/21 | Time 09:32:03 |
| Method of Payment | MasterCard | |
| Entry Method | Manual | |
| Customer Name | Tx City | |
| Account # | XXXXXXXXXXXX9366 | |

| | |
|---|---|
| Order ID | 11878 |
| Order Description: | BR 027349 hair test |
| Approval Code | 093736 |
| **Amount** | **$103.00** |

Customer Copy

```
** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

TIME RECEIVED                      REMOTE CSID         DURATION   PAGES   STATUS
December 4, 2021 12:31:46 PM CST   913 577 1394        76         2       Received
```

# FAX LABORATORY REPORT
## Quest Diagnostics

42023152 AREA/ROUTE/STOP: XXXXXXX
DRUG SCREENS/TEXAS CITY

524 NINTH AVE. N.
TEXAS CITY, TX  77590

| DONOR ID | DONOR NAME | SPECIMEN ID | | | |
|---|---|---|---|---|---|
| 487351155 | POMIER, THOLONAUS | CC86889389 | | | |
| PAGE | REQUISITION NO | ACCESSION NO | COLLECTION DATE & TIME | LOG-IN DATE | REPORT DATE & TIME |
| 1 | 5130395 | 508653F | 11/18/2021 08:34AM | 11/19/2021 | 12/04/2021 12:28PM |

REMARKS   CLIENT SITE LOCATION:
REASON FOR TEST: SELF PAY
DONOR ID VERIFIED: PHOTO I.D.

| REPORT STATUS | TEST | RESULTS IN RANGE | RESULTS OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| REPORT FOR: | DRUG SCREENS/TEXAS CITY - | | | 42023152 | | |
| | 524 NINTH AVE. N. | | | | | |
| | TEXAS CITY, TX  77590 | | | | | |
| Seals Intact: Yes | | | | | | |
| Tests Ordered: | 370000 (HAIR-D) | | | | | |
| Hair Specimen Source | | | | | | |
| HAIR SOURCE | | UNDERARM | | | | |
| Hair Substance Abuse Panel | | | | Initial Test Level | MS Confirm Test Level | |
| | AMPHETAMINE | Negative | | 500 pg/mg | 500 pg/mg | |
| | METHAMPHETAMINE | Negative | | 500 pg/mg | 500 pg/mg | |
| | MDA | Negative | | 500 pg/mg | 500 pg/mg | |
| | MDMA | Negative | | 500 pg/mg | 500 pg/mg | |
| | BENZOYLECGONINE | Negative | | 500 pg/mg | 500 pg/mg | |
| | COCAINE / METABOLITES | Negative | | 500 pg/mg | 500 pg/mg | |
| | MARIJUANA METABOLITE | Negative | | 1.0 pg/mg | .1 pg/mg | |
| | OPIATES (MOR and/or HYM) | Negative | | 200 pg/mg | 200 pg/mg | |
| | OPIATES (COD and/or HYC) | Negative | | 200 pg/mg | 200 pg/mg | |
| | 6-ACETYLMORPHINE (6-AM) | Negative | | 200 pg/mg | 200 pg/mg | |
| | PHENCYCLIDINE (PCP) | Negative | | 300 pg/mg | 300 pg/mg | |

CERTIFYING TECHNICIAN/SCIENTIST: KSMT82
SPECIMEN RECEIVED AND PROCESSED IN THE LENEXA DHHS CERTIFIED LABORATORY.

LAB   Quest Diagnostics-Lenexa
      10101 Renner Blvd
      Lenexa KS 66219

>> END OF REPORT <<

## NextGen CM/ECF Registration Status

From: do_not_reply@psc.uscourts.gov

To: proseattorney@yahoo.com

Date: Tuesday, January 16, 2024 at 08:51 AM CST

This email is notification that your NextGen CM/ECF electronic filing registration has been processed. You may check your E-Filing Status by visiting the "Manage My Account" section of the PACER web site and selecting "Check E-File Status" option from the "Maintenance" tab or use this link, https://pacer.psc.uscourts.gov/pscof/manage/efileStatus.jsf.

Account Number: 7812582
Court: TEXAS SOUTHERN DISTRICT COURT
Date/Time Submitted: 01/12/2024 19:26:27 CST
Transaction ID: 44687
Request: Registration
Transaction Status: Rejected
Comment: Non-attorney e-filing accounts for the Southern District of Texas District Court are created only following the order of a district judge.

NOTE: Please do not reply to this message. This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to houston_operation@txs.uscourts.gov.

## CERTIFICATE OF SERVICE

I, Tholonaus Darrell Pomier, do hereby certify that a true and correct copy of the above and foregoing Plaintiff's First Amended Petition was sent by first-class mail to:

Cody T. Vasut, Vasut Law, PLLC, P.O. Box 1311, Angleton, TX 77516

Seyfarth Shaw LLP, 2323 Ross Ave., Suite 1660, Dallas, Texas 75201

All American Screening, 1002 ABC Ave, Suite 400, Freeport, TX 77541

Herman sladivar, 14701 Atlanta Drive, Laredo, Texas 78045

University Services, 2800 Black Lake Place, Philadelphia, PA 19154

*[signature]*

Tholonaus Darrell Pomier