IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

United States Courts
Southern District of Texas
F I L E D

JAN 2 2 2024

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| Tholonaus Darrell Pomier, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 3:24-cv-00010 |
| DOW CHEMICAL COMPANY, | * | |
| BRANDSAFWAY LLC, ALL AMERICAN | * | |
| SCREEN, LLC, MARCELO INVESTMENTS | * | |
| INC (DISA) AND UNIVERSITY MRO, LLC. | * | |
| DEFENDANT, | * | |

## MOTION FOR DEFAULT JUDGMENT

Comes now Tholonaus Darrell Pomier, Plaintiff, and requests the Court, pursuant to

Rule55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against

the defendants, All American Screen, LLC. Marcelo Investments INC (Disa) and University MRO.

LLC. In support of this request, Plaintiff will show that although duly served with "notice", the

Defendant's All American Screen, LLC, Marcelo Investments INC (Disa) and University MRO failed

to appear or answer in their behalf, but wholly made default. All American Screen, LLC, Marcelo

Investments INC (DISA) and University MRO have failed to answer or otherwise answer in the time

permitted by law and this court.

All American Screen, LLC was served with "notice" on or about December 04, 2023, than again

on January 11, 2024. Please see exhibits B,C &D.

Marcelo Investments INC (Disa) was served with "notice" on December 9, 2023. Please see exhibits E.

University MRO, LLC was served with "noticed" on or about December 4, 2023 than again on January 11, 2024. Please see exhibits F,G & H.

Attached hereto and incorporated herein by reference for all purposes as Exhibit "A" is an affidavit by Plaintiff.

Plaintiff is entitled to judgement as a matter of law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Court grant this Motion for Default Judgment against All American Screen, LLC, Marcelo Investments, INC (Disa) and University MRO,LLC,

Respectfully submitted,

Tholonaus Darrell Pomier

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| Tholonaus Darrell Pomier, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 3:24-cv-00010 |
| DOW CHEMICAL COMPANY, | * | |
| BRANDSAFWAY LLC, ALL AMERICAN | * | |
| SCREEN, LLC, MARCELO INVESTMENTS | * | |
| INC (DISA) AND UNIVERSITY MRO, LLC. | * | |
| DEFENDANT, | * | |

## DECLARATION OF THOLONAUS DARRELL POMIER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Pursuant to 28 U.S.C. 1746, I Tholonaus Darrell Pomier, declare and state as follows:

1.  I am over the age of eighteen and fully competent to provide this declaration. I am the Plaintiff in this case and I have personal knowledge of all the facts and would testify to their accuracy.

2.  Pursuant to Article 4, Section 2, Clause #1, Article 6, Section 2 & The 14th Amendment, Section 1 of the United States Constitution I have satisfied all requirements of "notice".

3.  I declare under penalty of perjury under laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of January in Galveston, Texas.

Tholonaus Darrell Pomier



Name Darrell Pomer

Box 1191

, Tx 77553

**Retail**

UNITED STATES POSTAL SERVICE®

78006

RDC 99

CERTIFIED MAIL

7021 2720 0000 8669 1706

UP RL07

John M Jetelina

235 Danube Pass

Boerne Texas 78006

D MAIL RECEIPT

CIAL USE

$3.55

12/04/2023

Postmark
Here

TUE 05 DEC
AFSM 6 N H

NIXIE        731   CC 1        01
RETURN TO SENDER

*(Exhibit C)*

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 70212720000086691706

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered to the original sender at 10:51 am on January 4, 2024 in GALVESTON, TX 77553.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, To Original Sender**

GALVESTON, TX 77553
January 4, 2024, 10:51 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**     ⌄

---

**USPS Tracking Plus®**     ⌄

---

**Product Information**     ⌄

See Less ⌃

Track Another Package

*(Exhibit D)*

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

# 70212720000086692642

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:26 am on January 11, 2024 in FREEPORT, TX 77541.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

FREEPORT, TX 77541
January 11, 2024, 9:26 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                    ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

See Less ⌃

Track Another Package

*(Exhibit E)*

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...**

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 70212720000086691713

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 11:07 am on December 9, 2023 in LAREDO, TX 78045.

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

LAREDO, TX 78045
December 9, 2023, 11:07 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**                                                    ⌄

---

**USPS Tracking Plus®**                                                      ⌄

---

**Product Information**                                                      ⌄

---

**See Less ⌃**

Track Another Package



Louis Poniak
Box 1191
SA, Texas 2755

CERTIFIED MAIL

Retail

UNITED STATES
POSTAL SERVICE

7021 2720 0000 8669 1720

RDC 99

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
University MRO, LLC
12600 Northborough Dr.
Suite 300
Houston, Texas 77067

9590 9402 3896 8060 2721 68

A. Signature
B. Received
D. Is delivery
   If YES

3. Service
   Adult Signa
   Adult Signa
   Certified M
   Certified M

MAIL RECEIPT

$3.55

$0.00
$0.00
$0.00

0550
03

Postmark
Here

12/04/2023

University MRO, LLC
12600 Northborough Dr. Suit
Houston, Texas 77067

NIXIE    773  DC 1        7213
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY OF Y...

Case 3:24-cv-00010    Document 12    Filed on 01/22/24 in TXSD    Page 11 of 14

# USPS Tracking®

FAQs >

Tracking Number:

## 70212720000086694264

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:54 pm on January 11, 2024 in PHILADELPHIA, PA 19154.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

PHILADELPHIA, PA 19154
January 11, 2024, 1:54 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

Tholonaus Darrell Pomier,                          *

           Plaintiff,                          *

                               *

            v.                          *    Civil Action No.: 3:24-cv-00010

DOW CHEMICAL COMPANY,                          *

BRANDSAFWAY LLC, ALL AMERICAN                          *

SCREEN, LLC, MARCELO INVESTMENTS                          *

INC (DISA) AND UNIVERSITY MRO, LLC.                          *

         DEFENDANT,                          *

## DEFAULT JUDGMENT

The defendants, All American Screen, LLC, Marcelo Investments, INC (Disa) and University

MRO, LLC, having failed to plead or otherwise defend in this action, and default having heretofore

been entered; upon application of plaintiff and upon affidavit that defendants All American Screen,

LLC, Marcelo Investments, INC (Disa) and University MRO, LLC, is indebted to plaintiff in the

principal sum of $250, 000 dollars a piece plus interest thereon; that defendants All American

Screen, LLC, Marcelo Investments, INC (Disa) and University MRO, LLC, had been defaulted for

failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is

for a sum certain or for a sum which can by computation be made certain; it is hereby  ORDERED,

ADJUDGED, and DECREED that plaintiff, Tholonaus Darrell Pomier, recover of the Defendants, All

American Screen, LLC, Marcelo Investments, INC (Disa), and MRO, LLC, the sum of $ 250,000

dollars a piece, plus costs and interest according to law from the date of this judgment until the

entire amount is paid.

This judgement is entered by the Clerk at the request of the plaintiff and upon affidavit that

said amount is due in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.




By  _____

                                        Deputy Clerk

## CERTIFICATE OF SERVICE

I, Tholonaus Darrell Pomier, do hereby certify that a true and correct copy of the above and foregoing Plaintiff's First Amended Petition was sent by first-class mail to:

All American Screening, 1002 ABC Ave, Suite 400, Freeport, TX 77541

Herman sladivar, 14701 Atlanta Drive, Laredo, Texas 78045

University Services, 2800 Black Lake Place, Philadelphia, PA 19154

Tholonaus Darrell Pomier